BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA EDMON<br>xxx-xx-4820<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>     Defendant. | Case No. 17-447 EFB<br><br>~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to October 17, 2017.

DATED: October 11, 2017.

_____
HONORABLE EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

1