PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WANDA EDMON, <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:17-cv-0447-EFB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for one business day from December 22, 2017 to **December 26, 2017**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Due to high workload demand and shortened staff, Counsel has over 60+ pending active social security matters that require two or more dispositive motions a week until mid-January. As a result, Counsel needs additional time in order to adequately assess the issues raised in Plaintiff's Motion. Counsel apologizes for the belated nature of the request, but did not expect to take additional leave, including on the date of the current filing deadline, due to unexpected family

issues. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 22, 2017   */s/ *Bess M. Brewer*
(*as authorized by phone on December 22, 2017)
BESS M. BREWER
Attorney for Plaintiff

Dated: December 22, 2017   PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED. Accordingly, defendant's December 26, 2017 cross-motion for summary judgment is deemed timely filed.

DATED: January 3, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE